# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., )<br>                 Plaintiff, )<br>v. )<br>)<br>AGUSTIN ROZON, indv. and d/b/a PREMIUM )<br>PIZZA RESTAURANT, INC. d/b/a PREMIUM )<br>PIZZA and PREMIUM PIZZA RESTAURANT, )<br>INC. d/b/a PREMIUM PIZZA, )<br>                 Defendants. ) | Case No. 2013-cv-8497 |

## PLAINTIFF'S MOTION FOR JUDGMENT

NOW COME the Plaintiff, J&J SPORTS PRODUCTIONS, INC., and respectfully requests that this Court Reinstate this matter against Defendants, AGUSTIN ROZON, indv. and d/b/a PREMIUM PIZZA RESTAURAN, INC. d/b/a PREMIUM PIZZA and PREMIUM PIZZA RESTAURANT, INC. d/b/a PREMIUM PIZZA, enter judgment against Defendants, and in support thereof, states as follows:

1. Parties entered into a Release and payment plan (attached hereto as Exhibit A).

2. That on March 3, 2015, this mattered was dismissed without prejudice pursuant to the parties Stipulation to Dismiss.

3. That on November 5, 2015, the Court granted Plaintiff's motion to reopen the case.

4. That as of the filing of this motion, Defendants have failed to make any payments pursuant to the Release and are in default of the settlement agreement.

5. Pursuant to the Release, Defendants agreed to a consent judgment in the amount of Eight Thousand and 00/100 ($8,000.00) Dollars, and pay all reasonable attorney's fees and court costs if Defendants default on the agreement. (See Exhibit A, p.2; Attorney Fee Affidavit attached hereto as Exhibit B).

**WHEREFORE**, Plaintiff, J&J SPORTS PRODUCTIONS, INC., prays this Honorable Court enter an order to reinstate this case against Defendants, AGUSTIN ROZON, indv. and d/b/a PREMIUM PIZZA RESTAURAN, INC. d/b/a PREMIUM PIZZA and PREMIUM PIZZA RESTAURANT, INC. d/b/a PREMIUM PIZZA, and enter an Order for Judgment in the amount of Eight Thousand and 00/100 ($8,000.00) Dollars plus attorney's fees in the amount of One Thousand Two Hundred and 00/100 ($1,200.00), for a total Judgment in the amount of Eight Thousand Three Hundred and 00/100 ($9,200.00) and for any additional relief for Plaintiff this Honorable Court deems just.

                                                                      s/Andre Ordeanu
                                                                         Andre Ordeanu

ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 501
Chicago, Illinois 60654
(312) 245-0031
(312) 245-0022 - Fax

## CERTIFICATE OF SERVICE

      I, Andre Ordeanu, on oath state that a true and correct copy of the above document electronically filed with the Clerk of the Court on December 3, 2015, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record, as well as mailed a copy to the Defendants *via regular and certified mail*. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                                                      s/ Andre Ordeanu
                                                                         Andre Ordeanu

ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 501
Chicago, Illinois 60654
(312) 245-0031
(312) 245-0022 - Fax