I.D. 6280752  File No. 3900-504

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,  )<br>     Plaintiff,  )<br>v.  )<br>     )<br>AGUSTIN ROZON, indv. and d/b/a PREMIUM )<br>PIZZA RESTAURANT, INC. d/b/a PREMIUM )<br>PIZZA and PREMIUM PIZZA RESTAURANT, )<br>INC. d/b/a PREMIUM PIZZA, )<br>     Defendants. ) | Case No. 2013-cv-8497 |

## PLAINTIFF'S MOTION FOR JUDGMENT

NOW COME the Plaintiff, J&J SPORTS PRODUCTIONS, INC., and respectfully requests that this Court Reinstate this matter against Defendants, AGUSTIN ROZON, indv. and d/b/a PREMIUM PIZZA RESTAURAN, INC. d/b/a PREMIUM PIZZA and PREMIUM PIZZA RESTAURANT, INC. d/b/a PREMIUM PIZZA, enter judgment against Defendants, and in support thereof, states as follows:

1. Parties entered into a Release and payment plan (attached hereto as Exhibit A).

2. That on March 3, 2015, this mattered was dismissed without prejudice pursuant to the parties Stipulation to Dismiss.

3. That on November 5, 2015, the Court granted Plaintiff's motion to reopen the case.

4. That as of the filing of this motion, Defendants have failed to make any payments pursuant to the Release and are in default of the settlement agreement.

5. Defendant, AGUSTIN ROZON, filed a Chapter 7 bankruptcy petition on December 2, 2015, and an Order of Discharge was issued by the bankruptcy court on March 4, 2016.

6. Pursuant to the Release, Defendant, PREMIUM PIZZA RESTAURANT, INC.

1

d/b/a PREMIUM PIZZA, agreed to a consent judgment in the amount of Eight Thousand and 00/100 ($8,000.00) Dollars, and pay all reasonable attorney's fees and court costs if Defendants default on the agreement. (See Exhibit A, p.2; Attorney Fee Affidavit attached hereto as Exhibit B).

7. That Plaintiff is further entitled to One Thousand Eight Hundred and 00/100 ($1,800.00) Dollars for attorney's fees and costs. <u>See</u> Exhibit B.

**WHEREFORE**, Plaintiff, J&J SPORTS PRODUCTIONS, INC., prays this Honorable Court enter an Order for Judgment against Defendant, PREMIUM PIZZA RESTAURANT, INC. d/b/a PREMIUM PIZZA, in the amount of Eight Thousand and 00/100 ($8,000.00) Dollars plus attorney's fees in the amount of One Thousand Eight Hundred and 00/100 ($1,800.00), for a total Judgment in the amount of Nine Thousand Eight Hundred and 00/100 ($9,800.00) and for any additional relief for Plaintiff this Honorable Court deems just.

                                                          s/Andre Ordeanu
                                                            Andre Ordeanu

ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 501
Chicago, Illinois 60654
(312) 245-0031
(312) 245-0022 - Fax

## CERTIFICATE OF SERVICE

I, Andre Ordeanu, on oath state that a true and correct copy of the above document electronically filed with the Clerk of the Court on May 26, 2016, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record, as well as mailed a copy to the Defendants *via regular mail*. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                                           s/ Andre Ordeanu
                                                           Andre Ordeanu